UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20598 |
| MARATHON HEALTHCARE CENTER OF WATERBURY, LLC | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02054 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
| Plaintiff, | ) | |
| v. | ) | February 28, 2011 |
| MIDWEST MEDICAL SUPPLY CO., INC | ) | |
| Defendant | ) | |

**MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM**

TO THE HONORABLE, ALBERT S. DABROWSKI UNITED STATES BANKRUPTCY JUDGE:

1. Movant is the duly qualified and acting Trustee in this case.

2. The above-captioned Debtor filed a petition for relief pursuant to Chapter7 of the United States Bankruptcy Code on January 7, 2009.

3. During the course of the Trustee's administration of this corporate Chapter 7 bankruptcy proceeding, the Trustee has reviewed certain financial records which disclose significant payments to creditors during the ninety (90) day period immediately preceding the filing of the Debtor's Chapter 7 case, which payments may constitute avoidable and recoverable preference payments pursuant to the applicable provisions of the United States Bankruptcy Code.

4. The Trustee, during the course of his examination of the books and records of the Debtor, determined that Midwest Medical Supply Co, Inc., as the recipient of the aggregate amount of Sixty Eight Thousand Three Hundred and Ninety Five and 22/100 ($68,395.22) Dollars during the ninety (90) day period immediately preceding the filing of the Debtor's bankruptcy case by letter dated March 1, 2010 the Trustee made demand upon the President of Midwest Medical Supply, Inc., for a turnover and recovery of such payments for the general benefit of unsecured creditors of the bankruptcy proceeding.

5. Movant has been offered the sum of Twelve Thousand Nine Hundred and 13/100 ($12,900.13) Dollars in full satisfaction and settlement of the Trustee's claims relative to

these payments. Said payment shall be made in good and sufficient bank funds within fourteen (14) calendar days of the entry of the Order approving this compromise.

6. In addition to the cash payment referenced in paragraph 5 hereof, said Midwest Medical Supply Co., Inc., shall be prohibited from making any claim in this proceeding pursuant to Section 502 (h), or otherwise, with respect to the settlement payment which is the subject matter of this Motion.

7. **ANY RELEASE OR DISCHARGE CONSEQUENT TO THE COMPROMISE OF CLAIM SHALL HAVE NO FORCE AND EFFECT UNLESS AND UNTIL THE ENTIRE SUM OF $12,900.13 IS PAID TO THE TRUSTEE IN GOOD AND SUFFICIENT BANK FUNDS. TIME IS OF THE ESSENCE**.

8. The Creditor has raised defenses to the claim of the Trustee and disputes all claims made by the Trustee. The Creditor has raised defenses such as ordinary course payments and contemporaneous value to the claims of the Trustee.

9. Movant believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Movant has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in his deliberation.

10. The settlement amount offered would be an in full cash payment.

11. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

WHEREFORE, Movant prays that the Court make its Order pursuant to FBRCP 9019(a) approving the above described compromise.

Dated at Glastonbury, Connecticut this 28TH day of February, 2011.

Respectfully Submitted

/s/ John H. Grasso
John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
Phone No. (860) 659-5657
Federal Bar No. ct03651

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20598 |
| MARATHON HEALTHCARE CENTER OF WATERBURY, LLC | ) | CHAPTER 7 |
| ----------------------------------- | ) | ADV. PRO. NO. 10-02054 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| MIDWEST MEDICAL SUPPLY CO., INC | ) | |
| Defendant | ) | |

## PROPOSED ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by Thomas C. Boscarino, Trustee, dated February 28, 2011, it is hereby:

ORDERED: That the estate may compromise the estate's claims against Midwest Medical Supply Co., Inc as specified in the Trustee's Motion to Approve Compromise for the lump sum payment of Twelve Thousand Nine Hundred and 13/100 ($12,900.13) Dollars and upon the further terms and conditions set forth in such Motion.

Dated at Hartford, Connecticut this           day of            , 2011.

_____
Albert S. Dabrowski

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20598(asd)** |
| **MARATHON HEALTHCARE CENTER OF WATERBURY, LLC** | ) | **CHAPTER 7** |
| ----------------------------------- | ) | **ADV. PRO. NO. 10-02054** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| **MIDWEST MEDICAL SUPPLY CO., INC** | ) | February 28, 2011 |
| Defendant | ) | |

## **CERTIFICATION**

On this 28th day of February, 2011 the Motion to Approve Compromise and Settlement of Claim was filed electronically.

Notice of this filing will be sent electronically to the following parties who will receive notice through the Court's CM/ECF:

Richard C. Feldman at rcfeldman@snet.net
Office of the U.S. Trustee at USTPRegion02.NH.ECF@USDOJ.GOV

Dated at Glastonbury, Connecticut on February 28, 2011.

                                           /s/ John H. Grasso
                                       John H. Grasso
                                       Boscarino, Grasso & Twachtman, LLP
                                       628 Hebron Ave., Building Three
                                       Glastonbury, CT 06033
                                       (860) 659-5657 Telephone
                                       Federal Bar No.: ct03651